B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Middle District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clean Burn Fuels, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3824330** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Pate Road**<br>**Raeford, NC**<br>ZIP Code **28376** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hoke** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☑<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☑<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                               **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Clean Burn Fuels, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____

              (Name of landlord that obtained judgment)

              _____

              (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Clean Burn Fuels, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John A. Northen, NCSB**
Signature of Attorney for Debtor(s)

**John A. Northen, NCSB 6789**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**April  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward Sanz**
Signature of Authorized Individual

**Edward Sanz**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**April  3, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Clean Burn Fuels, LLC                  Case No. _____

                                     Debtor(s)          Chapter     11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aeroglide Corporation<br>100 Aeroglide Drive<br>Cary, NC 27511 | Aeroglide Corporation<br>100 Aeroglide Drive<br>Cary, NC 27511<br>919-851-2000 | Contract dispute, dryers | Disputed | 194,740.96 |
| Alfa Laval<br>2015 Spring Road<br>Suite 250<br>Oak Brooks, IL 60523 | Alfa Laval<br>2015 Spring Road<br>Suite 250<br>Oak Brooks, IL 60523<br>804-236-3100 | | | 64,795.36 |
| Anixter, Inc.<br>250 Horizon Drive<br>Suite 300<br>Suwanee, GA 30024 | Anixter, Inc.<br>250 Horizon Drive<br>Suite 300<br>Suwanee, GA 30024 | Sub-contractor | Disputed | 79,383.00<br><br>(0.00 secured) |
| Atlantic Services Group, Inc.<br>410 South Hill Street<br>Buford, GA 30518 | Atlantic Services Group, Inc.<br>410 South Hill Street<br>Buford, GA 30518 | Sub-contractor | Disputed | 1,068,044.55<br><br>(0.00 secured) |
| FCI<br>2274 St. Paul's Road<br>Raeford, NC 28376 | FCI<br>2274 St. Paul's Road<br>Raeford, NC 28376<br>910-875-4277 | | | 101,681.15 |
| First Insurance Funding Corp<br>P O Box 66468<br>Chicago, IL 60666-0468 | First Insurance Funding Corp<br>P O Box 66468<br>Chicago, IL 60666-0468<br>800-837-2511 | | | 70,208.06 |
| H.S. Everest Corp..<br>3209 Barlow Court<br>Wilmington, NC 28409 | H.S. Everest Corp..<br>3209 Barlow Court<br>Wilmington, NC 28409<br>910-392-2624 | | | 55,997.00 |
| Hagemeyer North America, Inc.<br>11680 Great Oaks Way<br>Alpharetta, GA 30022 | Hagemeyer North America, Inc.<br>11680 Great Oaks Way<br>Alpharetta, GA 30022 | Sub-contractor | Disputed | 92,577.41<br><br>(0.00 secured) |
| Harris Group Inc.<br>300 Elliott Ave W.<br>Suite 500<br>Seattle, WA 98119-4215 | Harris Group Inc.<br>300 Elliott Ave W.<br>Suite 500<br>Seattle, WA 98119-4215<br>206-494-9400 | | | 39,249.22 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Clean Burn Fuels, LLC                          Case No.

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hertz Equipment Rental Corp<br>C/o Vann & Sheridan, LLP<br>P O Box 2445<br>Raleigh, NC 27602 | Hertz Equipment Rental Corp<br>C/o Vann & Sheridan, LLP<br>P O Box 2445<br>Raleigh, NC 27602 | Sub-contractor | Disputed | 96,377.52<br><br>(0.00 secured) |
| Insulating Services, Inc.<br>10709-H Granite Street<br>Charlotte, NC 28289-0267 | Insulating Services, Inc.<br>10709-H Granite Street<br>Charlotte, NC 28289-0267<br>704-588-7814 | | | 99,967.72 |
| Katzen International, Inc<br>2300 Wall Street<br>Suite K<br>Cincinnati, OH 45212 | Katzen International, Inc<br>2300 Wall Street<br>Suite K<br>Cincinnati, OH 45212<br>513-351-7500 | | | 500,000.00 |
| Lallemand Ethanol Technology<br>6120 W. Douglas Avenue<br>Milwaukee, WI 53278 | Lallemand Ethanol Technology<br>6120 W. Douglas Avenue<br>Milwaukee, WI 53278<br>414-393-0410 | | | 112,495.23 |
| Lumbee River EMC<br>605 E. Fourth Avenue<br>Red Springs, NC 28377 | Lumbee River EMC<br>605 E. Fourth Avenue<br>Red Springs, NC 28377<br>800-683-5571 | | | 307,972.65 |
| Novozymes<br>77 Perry Chapel Church Road<br>Franklinton, NC 27525 | Novozymes<br>77 Perry Chapel Church Road<br>Franklinton, NC 27525<br>800-879-6686 | | | 263,827.31 |
| Perdue BioEnergy LLC<br>31149 Old Ocean City Road<br>Salisbury, MD 21804 | Perdue BioEnergy LLC<br>31149 Old Ocean City Road<br>Salisbury, MD 21804<br>410-543-3650 | A/R for sale of<br>DDGS | | 6,677,054.00<br><br>(2,097,318.00 secured) |
| Piedmont Natural Gas<br>PO Box 533500<br>Atlanta, GA 30353-3500 | Piedmont Natural Gas<br>PO Box 533500<br>Atlanta, GA 30353-3500<br>704-731-4315 | | | 204,381.04 |
| S&ME Geotechnical Inc.<br>PO BOX 277523<br>ATLANTA, GA 30384-7523 | S&ME Geotechnical Inc.<br>PO BOX 277523<br>ATLANTA, GA 30384-7523<br>800-288-0879 | | | 36,249.90 |
| Southeastern Electric<br>Contrctors, Inc.<br>1400 Gerrard Rd.<br>Lavonia, GA 30553 | Southeastern Electric Contrctors, Inc.<br>1400 Gerrard Rd.<br>Lavonia, GA 30553 | Contractor, disputed | Disputed | 1,200,000.00 |
| Tencarva Machinery Company<br>1120 W. BUTLER ROAD<br>SUITE F<br>GREENVILLE, SC 29607 | Tencarva Machinery Company<br>1120 W. BUTLER ROAD<br>SUITE F<br>GREENVILLE, SC 29607<br>910-799-8800 | | | 50,356.63 |

B4 (Official Form 4) (12/07) - Cont.

In re    Clean Burn Fuels, LLC
                                                                    Case No.
_____
            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of
perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    April 3, 2011                           Signature    /s/ Edward Sanz
                                                             Edward Sanz
                                                             Chief Restructuring Officer


    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Clean Burn Fuels, LLC** ,

Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 72,000,000.00 | | |
| B - Personal Property | Yes | 4 | 7,516,062.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 74,487,786.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 25,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 4,705,895.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 79,516,062.00 | | |
| Total Liabilities | | | | 79,218,681.29 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Clean Burn Fuels, LLC**

Debtor

Case No. _____

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Clean Burn Fuels, LLC**                                                    , Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **500 Acres and improvements at 800 Pate Road, Raeford, NC (value estimated based on $1.20 per gallon capacity; 2007 pre-construction appraisal $110,000,000, no current appraisal); subject to liens of Cape Fear Credit and Uretek.** | **Fee simple** | - | **72,000,000.00** | **66,225,571.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **72,000,000.00** | (Total of this page) |
| Total > | **72,000,000.00** |  |

 **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Clean Burn Fuels, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the property is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T** | - | 3,148,215.00 |
| | | | **CD @ Capital Bank, pledged to Cape Fear Credit** | - | 1,307,183.00 |
| | | | **CD @ Capital Bank, pledged to Cape Fear Credit** | - | 47,189.00 |
| | | | **Capital Bank** | - | 284,221.00 |
| | | | **Gateway Bank** | - | 1,399.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Prepetition retainer to Anderson Bauman, balance as of 3/31/11 prior to application of pre-filing charges** | - | 121,892.00 |
| | | | **Prepetition retainer to Northen Blue, balance as of 3/31/11 prior to application of pre-filing charges** | - | 214,828.00 |
| | | | **Smart Core** | - | 750.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    **5,125,677.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Clean Burn Fuels, LLC**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable (Due for sale of DDGS, subject to set off by Perdue Bioenergy, security interest held by Cape Fear Farm Credit) | - | 2,097,318.00 |
| | | Estimated net due from C&N after forward positions closed | - | 157,567.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >       **2,254,885.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**
_____,          Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Intangibles - Net book value $1,747,663, actual value reflected in Schedlue A value of plant** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **vehicles and equipment, est value** | - | **125,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment - value reflected in Schedule A value of plant** | - | **0.00** |
| 30. Inventory. | | **Inventory (subject to Cape Fear Farm Credit lien)** | - | **10,500.00** |
| 31. Animals. | X | | | |

|  | Sub-Total >      | **135,500.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re　　**Clean Burn Fuels, LLC**　　　　　　　　　　　　　　　,　　Case No. _____
                                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 7,516,062.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Clean Burn Fuels, LLC**                      ,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anixter, Inc.**<br>**250 Horizon Drive**<br>**Suite 300**<br>**Suwanee, GA 30024** | | - | **10/8/2010**<br><br>**Sub-contractors Lien**<br><br>**Plant**<br><br>Value $           **0.00** | | | X | 79,383.00 | 79,383.00 |
| Account No.<br><br>**Atlantic Services Group, Inc.**<br>**410 South Hill Street**<br>**Buford, GA 30518** | | - | **6/25/2010**<br><br>**Sub-contractors Lien**<br><br>**Plant**<br><br>Value $           **0.00** | | | X | 1,068,044.55 | 1,068,044.55 |
| Account No.<br><br>**Cape Fear Farm Credit, ACA**<br>**400 W. Broad St**<br>**P O Box 368**<br>**Dunn, NC 28335-0368** | X | - | **Deed of Trust**<br><br>**Land and buildings; A/R; Inventory;**<br>**Equipment; intangibles**<br><br>Value $     **Unknown** | | | | 66,006,639.00 | 0.00 |
| Account No.<br><br>**Gregory Poole Equipment Company**<br>**4807 Beryl Road**<br>**Raleigh, NC 27606** | | - | **Lien**<br><br>**Caterpillar 938H wheel loader;**<br>**repossessed 3/31/11**<br><br>Value $    **16,000.00** | | | | 15,975.87 | 0.00 |

  **2**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 67,170,042.42 | 1,147,427.55 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC** ,                    Case No. _____
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | | |
| **Account No.** | | | | | 7/28/2010 | | | | | |
| Hagemeyer North America, Inc. 11680 Great Oaks Way Alpharetta, GA 30022 | - | | | | Sub-contractors Lien Plant | | | X | | |
| | | | | | Value $                0.00 | | | | 92,577.41 | 92,577.41 |
| **Account No.** | | | | | 12/30/2010 | | | | | |
| Hertz Equipment Rental Corp C/o Vann & Sheridan, LLP P O Box 2445 Raleigh, NC 27602 | - | | | | Sub-contractors Lien Plant | | | X | | |
| | | | | | Value $                0.00 | | | | 96,377.52 | 96,377.52 |
| **Account No.** | | | | | Ad valorem taxes | | | | | |
| Hoke County Tax Collector P O Box 266 Raeford, NC 28376-0266 | - | | | | 500 Acres and improvements at 800 Pate Road, Raeford, NC (value estimated based on $1.20 per gallon capacity; 2007 pre-construction appraisal $110,000,000, no current appraisal); subject to liens of Cape Fear Credit and Uretek. | | | | | |
| | | | | | Value $        72,000,000.00 | | | | 219,000.00 | 0.00 |
| **Account No.** | | | | | Setoff against A/R | | | | | |
| Perdue BioEnergy LLC 31149 Old Ocean City Road Salisbury, MD 21804 | - | | | | A/R for sale of DDGS | | | | | |
| | | | | | Value $        2,097,318.00 | | | | 6,677,054.00 | 4,579,736.00 |
| **Account No.** | | | | | 7/26/2010 | | | | | |
| RSC Equipment P O Box 36217 Charlotte, NC 28236-6217 | - | | | | Sub-contractors Lien Plant | | | X | | |
| | | | | | Value $                0.00 | | | | 7,182.26 | 7,182.26 |

Sheet ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 7,092,191.19 | 4,775,873.19 |
| --- | --- | --- | --- |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC** _____ ,   Case No. _____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/15/2010 | | | | | |
| **United Rentals** **432 Rankin Street** **Fayetteville, NC 28301** | - | | **Sub-contractors Lien** **Plant** | | | X | | |
| | | | Value $              0.00 | | | | 6,620.22 | 6,620.22 |
| Account No. | | | **Contractors Lien** | | | | | |
| **Uretek ICR, Mid Atlantic, INC** **PO Box 1070** **Kernersville, NC 27285** | - | | **Plant** | | | | | |
| | | | Value $        72,000,000.00 | | | | 218,932.32 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 225,552.54 | 6,620.22 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 74,487,786.15 | 5,929,920.96 |

B6E (Official Form 6E) (4/10)

In re   **Clean Burn Fuels, LLC**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **2**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Clean Burn Fuels, LLC** _____ ,    Case No. _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Deferred compensation, 2010 bonus** | | | | | | |
| **Douglas Archer**<br>**330 Legacy Lakes Way**<br>**Aberdeen, NC 28315** | - | | | | | | **25,000.00** | | **19,041.00**<br><br>**5,959.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to              Subtotal                       19,041.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)   25,000.00       5,959.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Clean Burn Fuels, LLC**
_____ ,
                                    Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | for notice purposes only | | | | | |
| **Employment Security Commission 700 Wade Avenue P.O. Box 26504 Raleigh, NC 27611** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | for notice purposes only | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P O Box 7346 Philadelphia, PA 19114** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | for notice purposes only | | | | | |
| **NC Department of Revenue 501 N Wilmington Street P.O. Box 25000 Raleigh, NC 27640-5000** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 19,041.00 | |
| (Report on Summary of Schedules) | 25,000.00 | 5,959.00 |

B6F (Official Form 6F) (12/07)

In re    **Clean Burn Fuels, LLC**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| **Aeroglide Corporation** **100 Aeroglide Drive** **Cary, NC 27511** | - | | | | | | | X | 194,740.96 |
| Account No. | | | | | | | | | |
| **Alfa Laval** **2015 Spring Road** **Suite 250** **Oak Brooks, IL 60523** | - | | | | | | | | 64,795.36 |
| Account No. | | | | | | | | | |
| **Allied Electronics Inc.** **7151 Jack Newell Blvd** **Fort Worth, TX 76118** | - | | | | | | | | 221.20 |
| Account No. | | | | | | | | | |
| **AllShred, Inc.** **5409 Lumley Road** **Suite 106** **Durham, NC 27703** | - | | | | | | | | 86.00 |
| __26__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 259,843.52 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **American Stainless & Supply**<br>**815 State Road**<br>**Cheraw, SC 29520-2131** | - | | | | | | 5,962.61 |
| Account No. | | | | | | | |
| **Amerigas**<br>**6300 Cliffdale Rd**<br>**Fayetteville, NC 28314-2043** | - | | | | | | 1,844.22 |
| Account No. | | | | | | | |
| **Anchor Industrial**<br>**PO BOX 2086**<br>**Kernersville, NC 27285** | - | | | | | | 1,340.31 |
| Account No. | | | | | | | |
| **Ann Ho Revocable Trust**<br>**3300 Avon Road**<br>**Durham, NC 27707** | - | | | | | | 23,500.00 |
| Account No. | | | | | | | |
| **Arjay Automation**<br>**7400 Cedar Ave**<br>**Minneapolis, MN 55423** | - | | | | | | 120.90 |

Sheet no. __1__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 32,768.04 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clean Burn Fuels, LLC**                          ,      Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Averitt's Electric Motor Repair** <br> **PO Box 1793** <br> **Laurinburg, NC 28353** | - | | | | | | 8,954.17 |
| Account No. <br><br> **Brenntag** <br> **2000 E Pettigrew Street** <br> **Durham, NC 27703** | - | | | | | | 24,482.99 |
| Account No. <br><br> **Capital Broadcasting Company, Inc.** <br> **2619 Western Blvd** <br> **Raleigh, NC 27605** | - | | | | | | 181,208.00 |
| Account No. <br><br> **Carillo Construction** <br> **1807 Elevation Rd.** <br> **Lot E** <br> **Four Oaks, NC 27524** | - | | | | | | 780.00 |
| Account No. <br><br> **Carolina Armature Works** <br> **PO Box 13** <br> **806 Ramsey St** <br> **Fayetteville, NC 28302** | - | | | | | | 12,039.17 |

Sheet no. __2__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **227,464.33**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Clean Burn Fuels, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Carolina Design, PC 451A Jessen Lane Wando, SC 29492 | - | | | | | | 3,558.00 |
| Account No. | | | | | | | |
| Carolina Material Handling 2209 Patterson Court Greensboro, NC 27407 | - | | | | | | 2,054.58 |
| Account No. | | | | | | | |
| Carolina Trailer Leasing PO Box 7027 High Point, NC 27264 | - | | | | | | 2,205.96 |
| Account No. | | | | | | | |
| Carotek 700 Sam Newell Road PO Box 468 Matthews, NC 28106 | - | | | | | | 11,905.66 |
| Account No. | | | | | | | |
| Century Link PO Box 4300 Carol Stream, IL 60197-4300 | - | | | | | | 2,587.31 |

Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,311.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clean Burn Fuels, LLC**                                          ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Chem Guard** **204 S 6th Ave** **Mansfield, TX 46063** | - | | | | | | 4,369.85 |
| Account No. | | | | | | | |
| **City Electric Supply** **903 E. Russell St** **Fayetteville, NC 28301** | - | | | | | | 15.00 |
| Account No. | | | | | | | |
| **Commercial Hollow Metal Products, Inc.** **10431 Ramsey Street** **Linden, NC 28356** | - | | | | | | 1,808.50 |
| Account No. | | | | | | | |
| **Copywright** **118 W Edinborough Ave** **Raeford, NC 28376** | - | | | | | | 210.11 |
| Account No. | | | | | | | |
| **Dawson Associates, Inc** **PO BOX 846** **LAWRENCEVILLE, GA 30046-0846** | - | | | | | | 4,208.47 |

| Sheet no. __4__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,611.93 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                                      ,      Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Deluxe for Business** **PO Box 742572** **Cincinnati, OH 45274-2572** | - | | | | | | 133.50 |
| Account No. | | | | | | | |
| **Determan Brownie** **1241 72ND AVENUE** **MINNEAPOLIS, MN 55432** | - | | | | | | 134.40 |
| Account No. | | | | | | | |
| **Discount Safe Outlet** **117 Grand Avenue** **Palisades Park, NJ 07650** | - | | | | | | 2,479.00 |
| Account No. | | | | | | | |
| **DTN** **9110 W. DODGE ROAD** **OMAHA, NE 68114-3324** | - | | | | | | 855.00 |
| Account No. | | | | | | | |
| **E-85 Transport** **905 Blenheim Dr.** **Raleigh, NC 27617** | - | | | | | | 7,410.00 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,011.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Earl's Electrical Heating & Air Conditio** **11620 MCCOLL ROAD** **LAURINBURG, NC 28352** | - | | | | | | | 14,867.70 |
| Account No. | | | | | | | | |
| **Eastern Industrial Supplies, Inc.** **247 INTERSTATE BLVD** **GREENVILLE, SC 29615** | - | | | | | | | 2,483.59 |
| Account No. | | | | | | | | |
| **Elektran, Inc** **PO BOX 1027** **220 RIVER ROAD** **ROCKINGHAM, NC 28380** | - | | | | | | | 9,011.51 |
| Account No. | | | | | | | | |
| **Enviornmental Hydrogeological** **Consultant** **PO Box 902** **Red Springs, NC 28377** | - | | | | | | | 8,566.52 |
| Account No. | | | | | | | | |
| **FCI** **2274 St. Paul's Road** **Raeford, NC 28376** | - | | | | | | | 101,681.15 |

Sheet no. __6__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **136,610.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                                   ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>FCX Performance Inc.<br>3000 EAST 14TH AVE<br>COLUMBUS, OH 43219 | | - | | | | | 409.38 |
| Account No.<br><br>FedEx<br>PO BOX 371461<br>PITTSBURG, PA 15250-7461 | | - | | | | | 2,080.29 |
| Account No.<br><br>Feed Forward, Inc.<br>1834 WEST OAK PARKWAY<br>SUITE 100<br>MARIETTA, GA 30062 | | - | | | | | 4,027.68 |
| Account No.<br><br>Ferguson Fire & Fabrication Inc<br>PO BOX 100886<br>ATLANTA, GA 30384-0886 | | - | | | | | 819.72 |
| Account No.<br><br>First Carolina Care<br>42 Memorial Dr.<br>Pinehurst, NC 28374 | | - | | | | | 16,752.66 |

Sheet no. __7__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,089.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **First Insurance Funding Corp** **P O Box 66468** **Chicago, IL 60666-0468** | - | | | | | | **70,208.06** |
| Account No. | | | | | | | |
| **Fisher Scientific** **3970 Johns Creek Court** **Suwanee, GA 30024** | - | | | | | | **8,038.48** |
| Account No. | | | | | | | |
| **Fisher Tank Company** **3131 WEST 4TH STREET** **CHESTER, PA 19013** | - | | | | | | **6,994.00** |
| Account No. | | | | | | | |
| **FreightQuote.com** **160252 W. 113TH STREET** **LENEXA, KS 66219** | - | | | | | | **4,741.39** |
| Account No. | | | | | | | |
| **Frischkorn, Inc.** **2732 OLD WRIGHTSBORO RD** **WILMINGTON, NC 28405** | - | | | | | | **1,984.19** |

Sheet no. __8__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**91,966.12**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                                              ,         Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GEO Resources** **805 FOREST HILL CIRCLE** **GREENVILLE, NC 27858** | - | | | | | | 4,250.00 |
| Account No. | | | | | | | |
| **Geographic Solutions & Surveying Svcs** **PO BOX 2019** **1104 W. BROAD STREET** **ELIZABETHTOWN, NC 28337** | - | | | | | | 1,500.00 |
| Account No. | | | | | | | |
| **Grainger** **101 SOUTHCHASE BLVD** **FOUNTAIN INN, SC 29644-9019** | - | | | | | | 3,853.98 |
| Account No. | | | | | | | |
| **H.S. Everest Corp..** **3209 Barlow Court** **Wilmington, NC 28409** | - | | | | | | 55,997.00 |
| Account No. | | | | | | | |
| **Harris Group Inc.** **300 Elliott Ave W.** **Suite 500** **Seattle, WA 98119-4215** | - | | | | | | 39,249.22 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              104,850.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                              ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Hatch, Little & Bunn, LLP 327 Hillsborough Street Raleigh,, NC 27603 | - | | | | | | 375.00 |
| Account No. HD Supply PO BOX 509058 SAN DIEGO, CA 92150-9058 | - | | | | | | 420.12 |
| Account No. Hertz Equipment Rental Corporation 608 MIDDLE ROAD FAYETTEVILLE, NC 28312 | - | | | | | | 1,747.20 |
| Account No. Hidek Supply PO BOX 77344 GREENSBORO, NC 27417 | - | | | | | | 1,582.00 |
| Account No. Hoffman & Hoffman Inc PO BOX 77258 GREENSBORO, NC 27417 | - | | | | | | 470.00 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          4,594.32

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                                  ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hurst Annaho**<br>**133 Grove Street**<br>**Fayetteville, NC 28305-3296** | - | | | | | | 21,659.39 |
| Account No. <br><br>**IFM Efector**<br>**782 Springdale Drive**<br>**Exton, PA 19341** | - | | | | | | 424.09 |
| Account No. <br><br>**Industrial Controls Distributors, LLC**<br>**1776 BLOOMSBURY AVE.**<br>**WANAMASSA, NJ 07712** | - | | | | | | 2,121.08 |
| Account No. <br><br>**Insulating Services, Inc.**<br>**10709-H Granite Street**<br>**Charlotte, NC 28289-0267** | - | | | | | | 99,967.72 |
| Account No. <br><br>**Inter Systems**<br>**9575 NO 109TH AVE**<br>**OMAHA, NJ 68142** | - | | | | | | 767.58 |

Sheet no. __11__ of __26__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)        **124,939.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clean Burn Fuels, LLC** ,     Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Interstate Equipment Company** PO BOX 829 HUNTERSVILLE, NC 28070 | - | | | | | | 332.02 |
| Account No. **Jack A. Farrior, Inc** PO Box 839 Farmville, NC 27828-0839 | - | | | | | | 6,637.00 |
| Account No. **Jack Carlisle** 109 Willesden Drive Cary, NC 27513 | - | | | | | | 273,833.00 |
| Account No. **Joch's Pumps Inc** PO Box 766 9502 Hwy 71 North Red Springs, NC 28377 | - | | | | | | 650.00 |
| Account No. **John Zink Company, LLC** 11920 EAST APACHE TULSA, OK 74116 | - | | | | | | 7,881.81 |

Sheet no. __12__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **289,333.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC** _____,   Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Johnson Controls** **PO Box 905240** **Charlotte, NC 28290-5240** | - | | | | | | 9,552.00 |
| Account No. | | | | | | | |
| **Karaman Communications** **4424 Bragg Blvd** **Suite 101** **Fayetteville, NC 28303** | - | | | | | | 17,523.26 |
| Account No. | | | | | | | |
| **Katzen International, Inc** **2300 Wall Street** **Suite K** **Cincinnati, OH 45212** | - | | | | | | 500,000.00 |
| Account No. | | | | | | | |
| **Lafayette Business Machines, INC** **217 Hope Mills Road** **Fayetteville, NC 28304** | - | | | | | | 85.00 |
| Account No. | | | | | | | |
| **Lallemand Ethanol Technology** **6120 W. Douglas Avenue** **Milwaukee, WI 53278** | - | | | | | | 112,495.23 |

Sheet no. __13__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

639,655.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Lawson Products PO Box 809401 Chicago, IL 60680-9401 | | - | | | | | | | 3,689.01 |
| Account No. | | | | | | | | | |
| Lee-Moore Capital Company 102 Steel Street, Suite 201 Sanford, NC 27330 | | - | | | | | | | 23,500.00 |
| Account No. | | | | | | | | | |
| Lippards Auto Parts 130 NORTH MAIN STREET RAEFORD, NC 28376 | | - | | | | | | | 145.37 |
| Account No. | | | | | | | | | |
| Little Chief Commercial & Industrial Vac PO BOX 717 Maxton, NC 28364 | | - | | | | | | | 2,150.00 |
| Account No. | | | | | | | | | |
| Lowe's Po Box 53094 Atlanta, GA 30353-0954 | | - | | | | | | | 80.22 |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,564.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Lumbee River EMC 605 E. Fourth Avenue Red Springs, NC 28377 | | - | | | | | | 307,972.65 |
| Account No. | | | | | | | | |
| Machine & Welding Supply PO BOX 1708 DUNN, NC 28335-1708 | | - | | | | | | 2,965.35 |
| Account No. | | | | | | | | |
| Matt Marshall & Company PO Box 77357 Greensboro, NC 27417-7357 | | - | | | | | | 25,821.95 |
| Account No. | | | | | | | | |
| McCune Technology Inc. 4801 Research Dr. Fayetteville, NC 28306 | | - | | | | | | 2,199.00 |
| Account No. | | | | | | | | |
| McGladrey & Pullen 1201 EDWARDS MILL ROAD SUITE 300 RALEIGH, NC 27607-3625 | | - | | | | | | 11,483.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

350,441.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mechanical Supply Company** **PO BOX 709** **MATTHEWS, NC 28106** | - | | | | | | | 1,809.26 |
| Account No. | | | | | | | | |
| **MEGTEC Systems, Inc.** **830 PROSPER ROAD** **DEPERE, WI 54115** | - | | | | | | | 8,921.32 |
| Account No. | | | | | | | | |
| **Metrohm USA, Inc.** **6555 PELICAN CREEK CIRCLE** **RIVERVIEW, FL 33578** | - | | | | | | | 863.42 |
| Account No. | | | | | | | | |
| **Midwest Laboratories Inc** **13611 B STREET** **OMAHA, NE 68144-3693** | - | | | | | | | 12,951.38 |
| Account No. | | | | | | | | |
| **Mitchell Mills Systems Canada LTD** **PO BOX 10** **NEWTON ONTARIO CANADA NOK 1R0** | - | | | | | | | 3,562.00 |

Sheet no. __16__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,107.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Motion Industries** **PO BOX 404130** **ATLANTA, GA 30384** | - | | | | | | 366.61 |
| Account No. | | | | | | | |
| **Nalco** **PO BOX 2927** **CHESTERTON, IN 46301-5427** | - | | | | | | 32,634.56 |
| Account No. | | | | | | | |
| **National Welders Supply Company** **PO Box 31007** **Charlotte, NC 28231** | - | | | | | | 3,273.74 |
| Account No. | | | | | | | |
| **Neff Rental** **1716 E. Palmetto St.** **Florence, SC 29506** | - | | | | | | 650.18 |
| Account No. | | | | | | | |
| **Neogen Corp** **1603 PAYSPHERE CIRCLE** **CHICAGO, IL 60674** | - | | | | | | 2,698.00 |

Sheet no. __17__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **39,623.09**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Clean Burn Fuels, LLC**                                        ,     Case No. _____
                                                  **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Nexsen Pruet, LLC** <br> **1780 SE Blvd.** <br> **CLINTON, NC 28329** | | - | | | | | 12,095.48 |
| Account No. | | | | | | | |
| **Novozymes** <br> **77 Perry Chapel Church Road** <br> **Franklinton, NC 27525** | | - | | | | | 263,827.31 |
| Account No. | | | | | | | |
| **Office Furniture Warehouse** <br> **2816 ENTERPRISE AVE** <br> **FAYETTEVILLE, NC 28306** | | - | | | | | 183.60 |
| Account No. | | | | | | | |
| **Optimum Finance, LLC** <br> **c/o First Insurance Funding Corp** <br> **450 Stokie Blvd, Suite 1000** <br> **Northbrook, IL 60062** | | - | | | | | 11,971.54 |
| Account No. | | | | | | | |
| **Palmetto Grading Inc.** <br> **233 NORTHEAST DRIVE** <br> **SPARTANBURG, SC 29303** | | - | | | | | 5,000.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

293,077.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clean Burn Fuels, LLC**                                           ,        Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Pembroke Hardware & Building Supply Co.** **PO Box 1027** **Pembroke, NC 28372** | - | | | | | | | 630.34 |
| Account No. | | | | | | | | |
| **Philip Kohl** **23115 Umstead** **Chapel Hill, NC 27517** | - | | | | | | | 168,708.00 |
| Account No. | | | | | | | | |
| **Phillips Kiln Services, LTD** **PO BOX 1108** **SIOUX CITY, IA 51102-1108** | - | | | | | | | 17,904.52 |
| Account No. | | | | | | | | |
| **Piedmont Natural Gas** **PO Box 533500** **Atlanta, GA 30353-3500** | - | | | | | | | 204,381.04 |
| Account No. | | | | | | | | |
| **Pinnacle Services & Supplies Inc** **1321 GENERAL LEE AVE** **FAYETTEVILLE, NC 28305** | - | | | | | | | 86.39 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**391,710.29**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Power Drives, Inc. 8031 Pence Rd. Charlotte, NC 28215 | - | | | | | | 2,865.54 |
| Account No. | | | | | | | |
| Prince Engineering, Inc. 812 Giverny Court Greenville, SC 29607 | - | | | | | | 3,170.00 |
| Account No. | | | | | | | |
| R.W. Moore Equipment Company, INC PO Box 64879 Fayetteville, NC 28306 | - | | | | | | 1,874.63 |
| Account No. | | | | | | | |
| Raleigh-Durham Rubber & Gasket Co., Inc. PO BOX 90397 RALEIGH, NC 27675 | - | | | | | | 2,144.58 |
| Account No. | | | | | | | |
| Red-D-Arc 5324 N. Durham St. Charlotte, NC 28269 | - | | | | | | 1,447.16 |

Sheet no. __20__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           11,501.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Clean Burn Fuels, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| REM Services Inc PO Box 34645 Charlotte, NC 28233 | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| Rental Uniform Service PO Box 12410 Florence, SC 29504-2410 | - | | | | | | | 3,031.43 |
| Account No. | | | | | | | | |
| Rev-Tech, LLC 5267 NE 15th St. Des Moines, IA 50313 | - | | | | | | | 12,453.00 |
| Account No. | | | | | | | | |
| Romer Labs 1301 STYLEMASTER DRIVE UNION, MO 63084-1156 | - | | | | | | | 1,600.00 |
| Account No. | | | | | | | | |
| S&ME Geotechnical Inc. PO BOX 277523 ATLANTA, GA 30384-7523 | - | | | | | | | 36,249.90 |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **54,834.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC**                                         ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Smith, Anderson, LLP 2500 Wachovia Capital Center Raleigh, NC 27601 | - | | | | | | 196,949.34 |
| Account No. | | | | | | | |
| Southeast Hydroblasting Inc 80 Access Road Gaston, SC 29053 | - | | | | | | 24,683.00 |
| Account No. | | | Contractor, disputed | | | | |
| Southeastern Electric Contrctors, Inc. 1400 Gerrard Rd. Lavonia, GA 30553 | - | | | | | X | 1,200,000.00 |
| Account No. | | | | | | | |
| Staples DEPT.00-05388848 PO BOX 6721 THE LAKES, NV 88901-6721 | - | | | | | | 791.77 |
| Account No. | | | | | | | |
| Systel PO BOX 35870 FAYETTEVILLE, NC 28303-0870 | - | | | | | | 604.28 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,423,028.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clean Burn Fuels, LLC**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **T & S Jewwell, Inc  dba Overhead Door Co 5914 Orville Wright Way Wilmington, NC 28405-8635** | - | | | | | | 500.00 |
| Account No. | | | | | | | |
| **Taylor's Equipment Repair & Welding 509 WHITEHEAD ROAD FAYETTEVILLE, NC 28312** | - | | | | | | 705.03 |
| Account No. | | | | | | | |
| **Tencarva Machinery Company 1120 W. BUTLER ROAD SUITE F GREENVILLE, SC 29607** | - | | | | | | 50,356.63 |
| Account No. | | | | | | | |
| **Thayer Scale PO BOX 669 91 SCHOOSETT STREET PEMBROKE, MA 02359-0669** | - | | | | | | 14,576.72 |
| Account No. | | | | | | | |
| **Toledo Carolina PO Box 1425 Lumberton, NC 28359** | - | | | | | | 8.44 |

Sheet no. __23__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         66,146.82

B6F (Official Form 6F) (12/07) - Cont.

In re __**Clean Burn Fuels, LLC**_____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **U.S. Health Works** <br> **P O Box 404493** <br> **Atlanta, GA 30384** | - | | | | | | 750.00 |
| Account No. <br><br> **Uline** <br> **2200 S. Lakeside Drive** <br> **Waukegan, IL 60085** | - | | | | | | 306.17 |
| Account No. <br><br> **United Rentals** <br> **432 RANKIN STREET** <br> **FAYETTEVILLE, NC 28301** | - | | | | | | 10,745.42 |
| Account No. <br><br> **Univar** <br> **2001 CONTINENTAL BLVD** <br> **CHARLOTTE, NC 28273** | - | | | | | | 522.50 |
| Account No. <br><br> **UPS** <br> **PO BOX 7247-0244** <br> **PHILADELPHIA, PA 19170-0001** | - | | | | | | 599.19 |

Sheet no. __24__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,923.28**

B6F (Official Form 6F) (12/07) - Cont.

In re __Clean Burn Fuels, LLC__ ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Vendor Financial Services** **1719 ROUTE 10 EAST** **SUITE 306** **PARSIPPANY, NJ 07054** | - | | | | | | 12,612.28 |
| Account No. | | | | | | | |
| **Verizon Wireless** **PO Box 660108** **Dallas, TX 75266-0108** | - | | | | | | 240.16 |
| Account No. | | | | | | | |
| **Vulcan Electric Company** **PORTER, ME 04068** | - | | | | | | 1,207.09 |
| Account No. | | | | | | | |
| **Waste Management of the Carolinas** **PO BOX 105453** **ATLANTA, GA 30348-5453** | - | | | | | | 2,945.22 |
| Account No. | | | | | | | |
| **Webster Engineering** **619 INDUSTRIAL ROAD** **WINFIELD, KS 67156** | - | | | | | | 2,836.45 |

Sheet no. __25__ of __26__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)    19,841.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clean Burn Fuels, LLC** _____ ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Weeks-William Devore, Inc.**<br>**PO Box 987**<br>**Matthews, NC 28106** | | - | | | | | 2,129.70 |
| **Account No.**<br><br>**WL Port-Land Systmes**<br>**305 MT. LEBANON BLVD**<br>**SUITE 400**<br>**PITTSBURGH, PA 15234** | | - | | | | | 480.00 |
| **Account No.**<br><br>**Yokogawa Corporation of America**<br>**2 DART ROAD**<br>**NEWNAN, GA 30265** | | - | | | | | 2,433.02 |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 5,042.72 |
| | Total<br>(Report on Summary of Schedules) | 4,705,895.14 |

B6G (Official Form 6G) (12/07)

In re    **Clean Burn Fuels, LLC**
_____ ,    Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **C & N Ethanol Marketing Corp.**<br>**8011 34th Avenue South**<br>**Suite 350**<br>**Bloomington, MN 55425** | **Agreement for sale and purchase of natural gas** |
| **Hoke County**<br>**Attn:  County Manager**<br>**227 N. Main St**<br>**Raeford, NC 28376** | **Incentives Agreement** |
| **Metrohm USA, Inc.**<br>**6555 Pelican Creek Circle**<br>**Riverview, FL 33578** | **Equipment lease, chromatograph** |
| **Norfolk Southern Railroad**<br>**110 Franklin Rd SE**<br>**Roanoke, VA 24042** | **Transportation contract** |
| **Perdue Bioenergy, LLC**<br>**c/o Perdue AgriBusiness Incorporated**<br>**31149 Old Ocean City Road**<br>**Salisbury, MD 21804** | **Master Agreement, Feedstock Supply Agreement, and Co-product Purchasing and Marketing Agreement** |
| **Piedmont Natural Gas**<br>**P O Box 33068**<br>**Charlotte, NC 28233** | **Natural Gas Supply Agreement** |
| **Red-D-Arc, Inc.**<br>**5324 N Durham Street**<br>**Charlotte, NC 28269** | **Equipment lease** |
| **Romer Labs**<br>**1301 Stylemaster Dr.**<br>**Union, MO 63084-1156** | **Equipment lease, Micro scanner** |
| **Shimadzu Financial Services**<br>**c/o Vendor Financial Services**<br>**1719 Route 10 East, Ste 306**<br>**Parsippany, NJ 07054** | **Equipment lease, HPLC analysis system** |
| **Stonewall Farm, Inc.**<br>**9120 Morgan St.**<br>**Laurel Hill, NC 28351-9304** | **Lease of excess acreage by Debtor for farm use** |
| **Systel**<br>**PO Box 35870**<br>**Fayetteville, NC 28303-0870** | **Equipment lease, copier** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Clean Burn Fuels, LLC**                       ,        Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Waccamaw Transport, Inc.**<br>**P O Box 368**<br>**Selma, NC 27576** | **Transportation contract** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Clean Burn Fuels, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Capitol Broadcasting Company, Inc.**<br>**2619 Western Blvd**<br>**Raleigh, NC 27605-2000**<br>  **Letter of credit in face amount of $1,000,000**<br>**pledged as additional collateral** | **Cape Fear Farm Credit, ACA**<br>**400 W. Broad St**<br>**P O Box 368**<br>**Dunn, NC 28335-0368** |
| **Jack J. Carlisle**<br>**109 Willesden Drive**<br>**Cary, NC 27513**<br>  **Contractor guaranty and reimbursement**<br>**agreement, limited to $2,000,000, plus Certificates**<br>**of Deposit pledged in amount of $1,200,000** | **Cape Fear Farm Credit, ACA**<br>**400 W. Broad St**<br>**P O Box 368**<br>**Dunn, NC 28335-0368** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Clean Burn Fuels, LLC                        Case No. _____

                                      Debtor(s)                  Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 3, 2011                            Signature    /s/ Edward Sanz

                                                       Edward Sanz
                                                       Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Clean Burn Fuels, LLC       Case No. 

                                       Debtor(s)       Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 220,000.00 |
   | Prior to the filing of this statement I have received | $ | 220,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        Representation of Debtor in all aspects of the Chapter 11 proceeding and adversary proceedings unless and until a trustee is appointed.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        n/a

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April 3, 2011                    /s/ John A. Northen, NCSB
                                                 John A. Northen, NCSB 6789
                                                   Northen Blue, L.L.P.
                                                   1414 Raleigh Road, Suite 435
                                                   P.O. Box 2208
                                                   Chapel Hill, NC 27515-2208
                                                   (919) 968-4441

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Clean Burn Fuels, LLC** _____ ,

Debtor

Case No. _____

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **3-H Leasing Inc.**<br>**500 Chisholm Road**<br>**Raeford, NC 28376** | **A** | **30** | |
| **3-H Leasing Inc.**<br>**500 Chisholm Road**<br>**Raeford, NC 28376** | **D** | **50** | |
| **3-L Investments, Inc.**<br>**2274 St. Pauls Hwy**<br>**Raeford, NC 28376** | **A** | **20** | |
| **3-L Investments, Inc.**<br>**2274 St. Pauls Hwy**<br>**Raeford, NC 28376** | **D** | **51** | |
| **A. Bartlett White**<br>**1817 Ridge Road**<br>**Raleigh, NC 27607** | **A** | **10** | |
| **A. Bartlett White**<br>**1817 Ridge Road**<br>**Raleigh, NC 27607** | **D** | **3** | |
| **Adam J. & David A. Nusselder**<br>**Elbchaussee 60**<br>**22765 Hamburg, Germany** | **A** | **10** | |
| **Alan P. Grainger**<br>**2510 Will Lucas Road**<br>**Linden, NC 28356** | **A** | **5** | |
| **Alexandra E. Hershey**<br>**219 Stagecoach Road**<br>**Chapel Hill, NC 27514** | **A** | **5** | |
| **Algernon Crumpler**<br>**1000 Peachtree Industrial Blvd, Ste 6378**<br>**Suwanee, GA 30024** | **A** | **50** | |
| **Allstate Amusements, Inc.**<br>**2311 Binford Street**<br>**Greensboro, NC 27407** | **A** | **50** | |

__**14**__ continuation sheets attached to List of Equity Security Holders

In re    **Clean Burn Fuels, LLC**
_____ ,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amrish Patel**<br>**508 Alliance Circle**<br>**Cary, NC 27519** | A | 5 | |
| **Andrew P. Bullard GST Inv Trust**<br>**3 Trinity Drive**<br>**Lumberton, NC 28358** | A | 20 | |
| **Anna Ho Revocable Trust**<br>**3300 Avon Road**<br>**Durham, NC 27707** | A | 300 | |
| **Anna Ho Revocable Trust**<br>**3300 Avon Road**<br>**DURHAM, NC 27707** | D | 70.65 | |
| **Anna Ho Revocable Trust**<br>**3300 Avon Road**<br>**DURHAM, NC 27707** | E | 16 | |
| **Barbara T. Hershey**<br>**219 Stagecoach Road**<br>**Chapel Hill, NC 27514** | A | 55 | |
| **Barbara T. Hershey**<br>**219 Stagecoach Road**<br>**Chapel Hill, NC 27514** | D | 34 | |
| **Barbara T. Hershey**<br>**219 Stagecoach Road**<br>**Chapel Hill, NC 27514** | E | 4.8 | |
| **Bela Szigethy**<br>**C/O The Riverside Co, 630 Fifth Ave Ste 2400**<br>**New York, NY 10111** | A | 300 | |
| **Bela Szigethy**<br>**C/O The Riverside Co, 630 Fifth Ave Ste 2400**<br>**New York, NY 10111** | D | 125 | |
| **BFSAM LLC**<br>**738 Lexington Drive**<br>**Greenville, NC 27834** | A | 10 | |
| **Brices Creek Investment Group, LLC**<br>**908 Cedarhurst Drive**<br>**Raleigh, NC 27609** | A | 5 | |
| **Bull & Bear Society Partnership**<br>**305 Carpathian Way**<br>**Raleigh, NC 27615** | A | 5 | |

Sheet ___1___ of ___14___ continuation sheets attached to the List of Equity Security Holders

In re   **Clean Burn Fuels, LLC**                                          Case No. _____

_____,
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bullard Children s GST FBO Lindsey Bulla**<br>**P.O. Box 1886**<br>**Lumberton, NC 28359** | **A** | **5** | |
| **Bullard Childrens GST FBO Andrew P. Bull**<br>**P.O. Box 1886**<br>**Lumberton, NC 28359** | **A** | **10** | |
| **Carson S. Garoni**<br>**10936 Connally Lane**<br>**Raleigh, NC 27614** | **A** | **5** | |
| **CBC New Media Group**<br>**2619 Western Blvd.**<br>**Raleigh, NC 27605** | **A** | **600** | |
| **CBC New Media Group**<br>**2619 Western Blvd.**<br>**Raleigh, NC 27605** | **D** | **410.7** | |
| **CBC New Media Group**<br>**2619 Western Blvd.**<br>**Raleigh, NC 27605** | **E** | **44** | |
| **Charles F. Currin & Arlene G. Currin**<br>**3689 US 401 South**<br>**Lillington, NC 27546** | **A** | **5** | |
| **Charles M. Elam, III**<br>**126 N. Cardinal Drive Suite 101**<br>**Wilmington, NC 28405** | **A** | **5** | |
| **Charles Schwab & Co. FBO Amos G. Bullard**<br>**3505 Ranlo Drive**<br>**Raleigh, NC 27612** | **A** | **5** | |
| **Charles V. Pirrello**<br>**222 Glenwood Avenue Unit 512**<br>**Raleigh, NC 27603** | **A** | **5** | |
| **Charles W. Hardin, Jr.**<br>**29708 Lake Road**<br>**Bay Village, OH 44140** | **A** | **5** | |
| **Clifford Earl Bullard, Jr.**<br>**9131 Anson Way Suite 305**<br>**Raleigh, NC 27615** | **A** | **200** | |
| **Clifford Earl Bullard, Jr.**<br>**9131 Anson Way Suite 305**<br>**Raleigh, NC 27615** | **D** | **399.09** | |

Sheet __2__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re     **Clean Burn Fuels, LLC**
                                                    ,     Case No. _____
                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clifford Earl Bullard, Jr.**<br>**9131 Anson Way Suite 305**<br>**Raleigh, NC 27615** | **E** | **10** | |
| **Connell Family Partnership III**<br>**One International Place 31st Floor**<br>**Boston, MA 02110** | **A** | **199** | |
| **Curtis A. & Margaret J. Livermore**<br>**12146 E. Gold Dust Avenue**<br>**Scottsdale, AZ 85259** | **A** | **30** | |
| **David C. Swanson**<br>**80 Topaz Jewel Court**<br>**Durham, NC 27713** | **A** | **200** | |
| **David C. Swanson**<br>**80 Topaz Jewel Court**<br>**Durham, NC 27713** | **D** | **34** | |
| **David C. Swanson**<br>**80 Topaz Jewel Court**<br>**Durham, NC 27713** | **E** | **8** | |
| **Dhananjay Patel & Purvesh D. Patel**<br>**101 Tynemouth Drive**<br>**Cary, NC 27513** | **A** | **10** | |
| **Dhananjay Patel & Purvesh D. Patel**<br>**101 Tynemouth Drive**<br>**Cary, NC 27513** | **D** | **17** | |
| **Dhananjay Patel & Purvesh D. Patel**<br>**101 Tynemouth Drive**<br>**Cary, NC 27513** | **E** | **1** | |
| **Diane L. & William J. Garoni**<br>**P.O. Box 1142**<br>**Washington Grove, MD 20880** | **A** | **10** | |
| **Dunnley L. Mattke Trust**<br>**3117 Timberline Circle**<br>**Fargo, ND 58104** | **A** | **50** | |
| **E-85 Transport LLC**<br>**905 Blenheim Drive**<br>**Raleigh, NC 27612** | **D** | **223.68** | |
| **E-85 Transport LLC**<br>**905 Blenheim Drive**<br>**Raleigh, NC 27612** | **B** | **10** | |

Sheet ___3___ of ___14___ continuation sheets attached to the List of Equity Security Holders

In re   **Clean Burn Fuels, LLC**
_____,   Case No. _____
                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **E-85 Transport LLC**<br>**905 Blenheim Drive**<br>**Raleigh, NC 27612** | **E** | **39.48** | |
| **E. Richard Jones, Jr.**<br>**P.O. Box 267**<br>**Raleigh, NC 27602** | **A** | **20** | |
| **Elizabeth C. & James M. Naughton**<br>**510 Lake Shore Drive**<br>**Sunset Beach, NC 28468** | **A** | **5** | |
| **Ellen H. Jones**<br>**P.O. Box 267**<br>**Raleigh, NC 27602** | **A** | **15** | |
| **Elsie Beal Trust**<br>**905 Blenheim Drive**<br>**Raleigh, NC 27612** | **A** | **90** | |
| **Eric M. Buchanan**<br>**1958 Rock Creek Dairy Rd.**<br>**Whitsett, NC 27377** | **A** | **75** | |
| **Eric M. Buchanan**<br>**1958 Rock Creek Dairy Rd.**<br>**Whitsett, NC 27377** | **D** | **103.93** | |
| **Eric M. Buchanan**<br>**1958 Rock Creek Dairy Rd.**<br>**Whitsett, NC 27377** | **E** | **4** | |
| **Ethanol Investments, LLC**<br>**1023 Poplar Creek Tr**<br>**Raleigh, NC 27610** | **A** | **145** | |
| **Ethanol Investments, LLC**<br>**1023 Poplar Creek Tr**<br>**Raleigh, NC 27610** | **E** | **3** | |
| **Everette M. Greene & Virginia B. Greene**<br>**204 Colonial Way**<br>**Mebane, NC 27302** | **A** | **5** | |
| **Everette M. Greene & Virginia B. Greene**<br>**204 Colonial Way**<br>**Mebane, NC 27302** | **E** | **0.2** | |
| **F.P. Cotton, LLC**<br>**416 Community Drive**<br>**Fuquay-Varina, NC 27526** | **A** | **30** | |

Sheet __4__ of __14__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re     **Clean Burn Fuels, LLC**

_____ ,          Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| First Clearing custodian for Eric M. Buc<br>c/o Wells Fargo Advisors One Jefferson, St. Louis,<br>St. Louis, MO 63101 | A | 115 | |
| Forrest R. Anderson<br>2001 Bay Gull Court<br>Wilmington, NC 28405 | A | 5 | |
| G. Gregory Smith<br>5201 Hedrick Drive<br>Greensboro, NC 27410 | A | 800 | |
| G. Gregory Smith<br>5201 Hedrick Drive<br>Greensboro, NC 27410 | D | 69.33 | |
| G. Gregory Smith<br>5201 Hedrick Drive<br>Greensboro, NC 27410 | E | 8 | |
| George M. Brannon<br>10405 Manly<br>Chapel Hill, NC 27517 | A | 70 | |
| George M. Brannon<br>10405 Manly<br>Chapel Hill, NC 27517 | D | 144.93 | |
| George M. Brannon<br>10405 Manly<br>Chapel Hill, NC 27517 | E | 4 | |
| Good Earth Fuels, Inc.<br>PO Box 20306<br>Raleigh, NC 27619 | A | 6 | |
| Gregory F. & Mary Stewart Carlisle<br>905 Blenheim Drive<br>Raleigh, NC 27612 | A | 80 | |
| Gregory K. Lewis & Kirsten C. Lewis<br>518 Chesapeake Place<br>Greenville, NC 27858 | A | 20 | |
| Gregory L. Ellis<br>PO Box 96075<br>Southlake, TX 76092-0111 | A | 50 | |
| H,L&B P3P FBO William D. Young, IV<br>327 Hillsborough Street<br>Raleigh, NC 27603 | D | 6 | |

Sheet     **5**     of     **14**     continuation sheets attached to the List of Equity Security Holders

In re    **Clean Burn Fuels, LLC**                                              ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **H,L&B PSP FBO A. Bartlett White**<br>**1817 Ridge Road**<br>**Raleigh, NC 27607** | **A** | **10** | |
| **H,L&B PSP FBO A. Bartlett White**<br>**1817 Ridge Road**<br>**Raleigh, NC 27607** | **D** | **8** | |
| **H,L&B PSP FBO Tina Frazier Pace**<br>**P O Box 527**<br>**Raleigh, NC 27602** | **A** | **5** | |
| **H,L&B PSP FBO Tina Frazier Pace**<br>**P O Box 527**<br>**Raleigh, NC 27602** | **d** | **10** | |
| **H,L&B PSP FBO William D. Young, IV**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603** | **A** | **5** | |
| **H,L&B PSP/Harold W. Berry**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603** | **A** | **5** | |
| **H,L&B PSP/Joanne Snider**<br>**327 Hillsborough Street**<br>**Raleigh, NC 27603** | **A** | **5** | |
| **H,L&B PSP/Thomas D. Bunn**<br>**609 Lake Boone Trail**<br>**Raleigh, NC 27607** | **A** | **5** | |
| **HLZ, LLC**<br>**448 Blue Violet Way**<br>**Durham, NC 27713** | **A** | **100** | |
| **HLZ, LLC**<br>**448 Blue Violet Way**<br>**Durham, NC 27713** | **D** | **80** | |
| **HLZ, LLC**<br>**448 Blue Violet Way**<br>**Durham, NC 27713** | **E** | **8** | |
| **Howard and Mary Hohl**<br>**26W231 Tuckaway Ct.**<br>**Winfield, IL 60190** | **A** | **10** | |
| **Howard G. Hershey III**<br>**219 Stagecoach Road**<br>**Chapel Hill, NC 27514** | **A** | **5** | |

Sheet __6__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re  **Clean Burn Fuels, LLC**                                          ,    Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hunter's Pointe Apts<br>109 Willesden Drive<br>Cary, NC 27513 | D | 3 | |
| Investors Trust Co. FBO Carolyn K. Ramse<br>21 Oak Drive<br>Durham, NC 27707 | A | 14 | |
| Investors Trust Company: FBO Lisa C. Bea<br>3116 Cleere Court<br>Greenville, NC 27858 | A | 20 | |
| Jack J. Carlisle<br>109 Willesden Drive<br>Cary, NC 27513 | A | 478 | |
| Jack J. Carlisle<br>109 Willesden Drive<br>Cary, NC 27513 | B | 58 | |
| Jack J. Carlisle<br>109 Willesden Drive<br>Cary, NC 27513 | D | 1253.96 | |
| James Goodmon<br>2619 Western Blvd<br>Raleigh, NC 27605 | E | 4 | |
| James T. Williamson<br>6613 Glendower Road<br>Raleigh, NC 27613 | A | 20 | |
| Janice T. Brunner Trust<br>905 Blenheim Drive<br>Raleigh, NC 27612 | A | 10 | |
| Jean T. Rea<br>1841 B Prospect Drive<br>Charlotte, NC 28213 | A | 20 | |
| Jeanette H. Carlisle<br>109 Willesden Drive<br>Cary, NC 27513 | A | 477 | |
| Jeffrey A. & Janice A. Monsein<br>4417 Turnberry Circle<br>Durham, NC 27712 | A | 200 | |
| Jeffrey A. Autry<br>4025 NC 210 South<br>Bunnlevel, NC 28323 | A | 20 | |

Sheet   **7**   of   **14**   continuation sheets attached to the List of Equity Security Holders

In re   **Clean Burn Fuels, LLC**                         ,       Case No. _____

                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jerome F. & Lynn M. Anderson<br>2001 Bay Gull Court<br>Wilmington, NC 28405 | A | 45 | |
| Jerome F. & Lynn M. Anderson<br>2001 Bay Gull Court<br>Wilmington, NC 28405 | D | 17 | |
| Jerome F. & Lynn M. Anderson<br>2001 Bay Gull Court<br>Wilmington, NC 28405 | E | 4 | |
| Jerry L. McPherson, Sr. & Joyce W. McPhe<br>513 Hunt Forest Ct.<br>Pleasant Garden, NC 27313 | A | 6 | |
| Jessica L. Bullard<br>1009 Manor Glen Way<br>Raleigh, NC 27615 | A | 5 | |
| Jimmy A. Autry<br>5845 NC 210 South<br>Bunnlevel, NC 28323 | A | 50 | |
| John N. Bakatsias<br>142 N. Graham-Hopedale Rd<br>Burlington, NC 27215 | A | 8 | |
| John N. Miller & Nina J. Miller<br>305 Carpathian Way<br>Raleigh, NC 27615 | A | 11 | |
| John T. Murphy III<br>200 Providence Road-Ste 103<br>Charlotte, NC 28207 | A | 5 | |
| Katherine Anderson White<br>1817 Ridge Road<br>Raleigh, NC 27607 | A | 1 | |
| Katherine Anderson White<br>1817 Ridge Road<br>Raleigh, NC 27607 | D | 1 | |
| Katherine Jones<br>386 Jacksontown<br>Ayden, NC 28513 | A | 5 | |
| Kenneth B. & Frances L. Lee<br>5639 Denwood Lane<br>Durham, NC 27705 | A | 20 | |

Sheet   **8**   of   **14**   continuation sheets attached to the List of Equity Security Holders

In re    **Clean Burn Fuels, LLC**
_____ ,    Case No. _____
                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kenneth B. & Frances L. Lee<br>5639 Denwood Lane<br>Durham, NC 27705 | D | 17 | |
| Kevin H. Bullard<br>1009 Manor Glen Way<br>Raleigh, NC 27615 | A | 5 | |
| Kyle M. Bullard<br>1009 Manor Glen Way<br>Raleigh, NC 27615 | A | 5 | |
| Lee-Moore Capital Company<br>102 S. Steel St. Suite 201<br>Sanford, NC 27330 | A | 70 | |
| Lee-Moore Capital Company<br>102 S. Steel St. Suite 201<br>Sanford, NC 27330 | D | 277.37 | |
| Lee-Moore Capital Company<br>102 S. Steel St. Suite 201<br>Sanford, NC 27330 | E | 18 | |
| Leigh W. Bullard<br>4148 English Garden Way<br>Raleigh, NC 27612 | A | 15 | |
| Linda B. Mansfield<br>2636 Dunloring Drive<br>Wake Forest, NC 27587 | A | 10 | |
| Linda G. Quarles<br>2520 Davistown Road<br>Wendell, NC 27591 | A | 12 | |
| Lisa C. Beaman<br>3116 Cleere Court<br>Greenville, NC 27858 | D | 22 | |
| Margaret S. Anderson<br>2001 Bay Gull Court<br>Wilmington, NC 28405 | A | 5 | |
| Margarita R. Abanto-Walston<br>8416 McKee Road<br>Rougemont, NC 27572 | A | 60 | |
| Marguerite R. Corgan<br>199 East Twelve Oaks Road<br>Raeford, NC 28376 | A | 32 | |

Sheet **9** of **14** continuation sheets attached to the List of Equity Security Holders

In re      **Clean Burn Fuels, LLC**                                    ,      Case No. _____
                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mary S. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **A** | **477** | |
| **Mary S. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **D** | **67** | |
| **Mary S. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **E** | **12** | |
| **Matthew T. Bullard**<br>**1009 Manor Glen Way**<br>**Raleigh, NC 27615** | **A** | **5** | |
| **Melissa Smith White**<br>**1817 Ridge Road**<br>**Raleigh, NC 27607** | **A** | **1** | |
| **Melissa Smith White**<br>**1817 Ridge Road**<br>**Raleigh, NC 27607** | **D** | **1** | |
| **Michael A. & Jennifer S. Ford**<br>**109 Flat Rock Ct**<br>**Garner, NC 27529** | **A** | **5** | |
| **Michael Gottlieb**<br>**180 Riverside Blvd., #26F**<br>**New York, NY 10069** | **A** | **20** | |
| **Michael Gottlieb**<br>**180 Riverside Blvd., #26F**<br>**New York, NY 10069** | **D** | **17** | |
| **Michelle Carlisle**<br>**1022 Fenwick Parkway**<br>**Durham, NC 27713** | **A** | **10** | |
| **Michelle Carlisle**<br>**1022 Fenwick Parkway**<br>**Durham, NC 27713** | **D** | **16** | |
| **Mickey D. Snow**<br>**698 Linden Drive**<br>**Eden, NC 27288** | **A** | **10** | |
| **MLPF&S FBO Vinu R. Patel**<br>**150 Lansing Island Dr.**<br>**Indian Harbor Beach, FL 32937** | **A** | **5** | |

Sheet   __10__   of   __14__   continuation sheets attached to the List of Equity Security Holders

In re    **Clean Burn Fuels, LLC**                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Moses T. Farmer**<br>**4430 McDougald Road**<br>**Lillington, NC 27546** | **A** | **20** | |
| **Nicholas Bakatsias**<br>**142 N.Graham-Hopedale Rd**<br>**Burlington, NC 27215** | **A** | **6** | |
| **Panagiota Bakatsias**<br>**1058-102 Washington St.**<br>**Raleigh, NC 27605** | **A** | **6** | |
| **Pelmon Jart Hudson, Jr.**<br>**4901 Old Warsaw Road**<br>**Turkey, NC 28393** | **A** | **5** | |
| **Pender Murphy**<br>**3729 Pomfret Ln.**<br>**Charlotte, NC 28211** | **A** | **25** | |
| **Philip H. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **A** | **477** | |
| **Philip H. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **B** | **32** | |
| **Philip H. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **D** | **693.76** | |
| **Philip H. Kohl**<br>**23115 Umstead**<br>**Chapel Hill, NC 27517** | **E** | **41** | |
| **Phillip & Chris Ortego**<br>**325 Highlands Drive**<br>**Hampstead, NC 28443** | **A** | **5** | |
| **Randall C. Scarborough SEP-IRA E-Trade C**<br>**2109 Cowper Dr**<br>**Raleigh, NC 27608** | **A** | **15** | |
| **Ray S. & Kay P. Taylor**<br>**5416 Orchard Oriole Tr.**<br>**Wake Forest, NC 27587-6770** | **A** | **5** | |
| **Richard L. Vice & Dinah B. Vice**<br>**1801 E. Franklin Street**<br>**Chapel Hill, NC 27514** | **A** | **57** | |

Sheet __11__ of __14__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Clean Burn Fuels, LLC**
_____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard L. Vice & Dinah B. Vice**<br>**1801 E. Franklin Street**<br>**Chapel Hill, NC 27514** | D | 8.33 | |
| **Rita Wainright Bullard**<br>**1822 Natalie Brook Way**<br>**Raleigh, NC 27607** | A | 10 | |
| **Rita Wainright Bullard**<br>**1822 Natalie Brook Way**<br>**Raleigh, NC 27607** | D | 7 | |
| **Robert Brittin Garoni**<br>**101 Barrett Place**<br>**Durham, NC 27713** | A | 10 | |
| **Robert F. Berrey Revocable Trust U/A DTD**<br>**53527 Bickett**<br>**Chapel Hill, NC 27517-8570** | A | 20 | |
| **Robert J. Caudle**<br>**8025 Wavendon Court**<br>**Raleigh, NC 27615** | A | 5 | |
| **Robert J. Fitzsimmons**<br>**575 Old Bradford Road**<br>**Mount Kisco, NY 10549** | A | 50 | |
| **Robert J. Fitzsimmons**<br>**575 Old Bradford Road**<br>**Mount Kisco, NY 10549** | D | 30 | |
| **Ronald Gregory Brown**<br>**1042 Stockinghead Road**<br>**Rose Hill, NC 28458** | A | 200 | |
| **Ronald Gregory Brown**<br>**1042 Stockinghead Road**<br>**Rose Hill, NC 28458** | D | 109.71 | |
| **Ronald Gregory Brown**<br>**1042 Stockinghead Road**<br>**Rose Hill, NC 28458** | E | 1 | |
| **Roy E. Gaines**<br>**1807 Chester Road**<br>**Raleigh, NC 27608** | A | 20 | |
| **Russell S. Flowers Trust**<br>**1031 S. Butternut Circle**<br>**Frankfort, IL 60423** | D | 100 | |

Sheet __12__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re    **Clean Burn Fuels, LLC**                                    ,    Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Russell S. Flowers Trust**<br>**1031 S. Butternut Circle**<br>**Frankfort, IL 60423** | **E** | **30** | |
| **Russell T. Parrish**<br>**6520 Roswell Road Unit 105**<br>**Sandy Springs, GA 30328** | **A** | **5** | |
| **Scarlett Autry**<br>**5845 NC 210 South**<br>**Bunnlevel, NC 28323** | **A** | **10** | |
| **Shapiro 2009 Family Trust**<br>**99 Richmond Hill Rd**<br>**Greenwich, CT 06831** | **A** | **50** | |
| **Shelton Gene & Linda W. Lloyd**<br>**3910 Manns Chapel Road**<br>**Chapel Hill, NC 27516** | **A** | **5** | |
| **Silverado Fuels, LLC**<br>**1958 Rock Creek Dairy Rd.**<br>**Whitsett, NC 27377** | **A** | **100** | |
| **Snow Enterprises LLC**<br>**698 Linden Drive**<br>**Eden, NC 27288** | **A** | **60** | |
| **Stacy J. Goode**<br>**324 Westover Avenue**<br>**Norfolk, VA 23507** | **A** | **7** | |
| **Stewart A. Kohl, TTEE**<br>**17050 South Park Blvd.**<br>**Shaker Hts., OH 44120** | **A** | **400** | |
| **Stewart A. Kohl, TTEE**<br>**17050 South Park Blvd.**<br>**Shaker Hts., OH 44120** | **D** | **166.67** | |
| **Stewart A. Kohl, TTEE**<br>**17050 South Park Blvd.**<br>**Shaker Hts., OH 44120** | **E** | **8** | |
| **Sugoi Limited**<br>**1963 E. 82nd Street**<br>**Cleveland, OH 44103** | **A** | **8** | |
| **Susan Bhyunn**<br>**175 E 96th St Apt 16H**<br>**New York, NY 10128-6208** | **A** | **20** | |

Sheet __13__ of __14__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Clean Burn Fuels, LLC**
_____ ,    Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Susan D. Veazey**<br>**106 Angus Court**<br>**rd, NC 27511** | A | 5 | |
| **The Citadel Trust**<br>**3300 Avon Road**<br>**Durham, NC 27707** | A | 300 | |
| **The Citadel Trust**<br>**3300 Avon Road**<br>**Durham, NC 27707** | D | 181.49 | |
| **The Citadel Trust**<br>**3300 Avon Road**<br>**Durham, NC 27707** | E | 4 | |
| **Thomas J. & Lynn A. Reddeck**<br>**3818 Blairwood Street**<br>**High Point, NC 27265** | A | 5 | |
| **Victor L. Swinson**<br>**708 Tear Shirt Road**<br>**Mt. Olive, NC 28365** | A | 5 | |
| **W.L. Wells Edmundson**<br>**3416 Malibu Drive**<br>**Raleigh, NC 27607** | A | 5 | |
| **Waccamaw Transport, Inc.**<br>**P.O. Box 469**<br>**Clinton, NC 28328** | D | 334 | |
| **William C. Faison & Jackie C. Faison**<br>**4615 Little Creek Church Rd.**<br>**Clayton, NC 27520** | A | 10 | |
| **William T. Henderson**<br>**13741 Allied Rd**<br>**Chesterfield, VA 23836** | A | 50 | |
| **William W. & Rhenda P. Cameron**<br>**377 Double C Drive**<br>**Raeford, NC 28376** | A | 20 | |
| **Wire Road, LLC**<br>**P.O. Box 1475**<br>**Lillington, NC 27546** | A | 18 | |
| **Zita Michailovaite Lewis**<br>**600 Riverwood Road**<br>**Charlotte, NC 28270** | A | 13 | |

Sheet __14__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re    **Clean Burn Fuels, LLC**                         ,      Case No. _____

                                     Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April  3, 2011**_____          Signature_**/s/ Edward Sanz**_____

                                                    **Edward Sanz**
                                                    **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Clean Burn Fuels, LLC

                                              Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 3, 2011

/s/ Edward Sanz
Edward Sanz/Chief Restructuring Officer
Signer/Title

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Special Procedures
320 Federal Place, Room 312
Greensboro, NC 27401


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


Aeroglide Corporation
100 Aeroglide Drive
Cary, NC 27511


Alfa Laval
2015 Spring Road
Suite 250
Oak Brooks, IL 60523


Allied Electronics Inc.
7151 Jack Newell Blvd
Fort Worth, TX 76118


AllShred, Inc.
5409 Lumley Road
Suite 106
Durham, NC 27703


American Stainless & Supply
815 State Road
Cheraw, SC 29520-2131


Amerigas
6300 Cliffdale Rd
Fayetteville, NC 28314-2043


Anchor Industrial
PO BOX 2086
Kernersville, NC 27285

Anixter, Inc.
250 Horizon Drive
Suite 300
Suwanee, GA 30024


Ann Ho Revocable Trust
3300 Avon Road
Durham, NC 27707


Arjay Automation
7400 Cedar Ave
Minneapolis, MN 55423


Atlantic Services Group, Inc.
410 South Hill Street
Buford, GA 30518


Averitt's Electric Motor Repair
PO Box 1793
Laurinburg, NC 28353


Brenntag
2000 E Pettigrew Street
Durham, NC 27703


C & N Ethanol Marketing Corp.
8011 34th Avenue South
Suite 350
Bloomington, MN 55425


Cape Fear Farm Credit, ACA
400 W. Broad St
P O Box 368
Dunn, NC 28335-0368


Capital Broadcasting Company, Inc.
2619 Western Blvd
Raleigh, NC 27605


Capitol Broadcasting Company, Inc.
2619 Western Blvd
Raleigh, NC 27605-2000

Carillo Construction
1807 Elevation Rd.
Lot E
Four Oaks, NC 27524


Carolina Armature Works
PO Box 13
806 Ramsey St
Fayetteville, NC 28302


Carolina Design, PC
451A Jessen Lane
Wando, SC 29492


Carolina Material Handling
2209 Patterson Court
Greensboro, NC 27407


Carolina Trailer Leasing
PO Box 7027
High Point, NC 27264


Carotek
700 Sam Newell Road
PO Box 468
Matthews, NC 28106


Century Link
PO Box 4300
Carol Stream, IL 60197-4300


Chem Guard
204 S 6th Ave
Mansfield, TX 46063


City Electric Supply
903 E. Russell St
Fayetteville, NC 28301


Commercial Hollow Metal Products, Inc.
10431 Ramsey Street
Linden, NC 28356

Copywright
118 W Edinborough Ave
Raeford, NC 28376


Dawson Associates, Inc
PO BOX 846
LAWRENCEVILLE, GA 30046-0846


Deluxe for Business
PO Box 742572
Cincinnati, OH 45274-2572


Determan Brownie
1241 72ND AVENUE
MINNEAPOLIS, MN 55432


Discount Safe Outlet
117 Grand Avenue
Palisades Park, NJ 07650


Douglas Archer
330 Legacy Lakes Way
Aberdeen, NC 28315


DTN
9110 W. DODGE ROAD
OMAHA, NE 68114-3324


E-85 Transport
905 Blenheim Dr.
Raleigh, NC 27617


Earl's Electrical Heating & Air Conditio
11620 MCCOLL ROAD
LAURINBURG, NC 28352


Eastern Industrial Supplies, Inc.
247 INTERSTATE BLVD
GREENVILLE, SC 29615


Elektran, Inc
PO BOX 1027
220 RIVER ROAD
ROCKINGHAM, NC 28380

Employment Security Commission
700 Wade Avenue
P.O. Box 26504
Raleigh, NC 27611


Enviornmental Hydrogeological Consultant
PO Box 902
Red Springs, NC 28377


FCI
2274 St. Paul's Road
Raeford, NC 28376


FCX Performance Inc.
3000 EAST 14TH AVE
COLUMBUS, OH 43219


FedEx
PO BOX 371461
PITTSBURG, PA 15250-7461


Feed Forward, Inc.
1834 WEST OAK PARKWAY
SUITE 100
MARIETTA, GA 30062


Ferguson Fire & Fabrication Inc
PO BOX 100886
ATLANTA, GA 30384-0886


First Carolina Care
42 Memorial Dr.
Pinehurst, NC 28374


First Insurance Funding Corp
P O Box 66468
Chicago, IL 60666-0468


Fisher Scientific
3970 Johns Creek Court
Suwanee, GA 30024


Fisher Tank Company
3131 WEST 4TH STREET
CHESTER, PA 19013

FreightQuote.com
160252 W. 113TH STREET
LENEXA, KS 66219


Frischkorn, Inc.
2732 OLD WRIGHTSBORO RD
WILMINGTON, NC 28405


GEO Resources
805 FOREST HILL CIRCLE
GREENVILLE, NC 27858


Geographic Solutions & Surveying Svcs
PO BOX 2019
1104 W. BROAD STREET
ELIZABETHTOWN, NC 28337


Grainger
101 SOUTHCHASE BLVD
FOUNTAIN INN, SC 29644-9019


Gregory Poole Equipment Company
4807 Beryl Road
Raleigh, NC 27606


H.S. Everest Corp..
3209 Barlow Court
Wilmington, NC 28409


Hagemeyer North America, Inc.
11680 Great Oaks Way
Alpharetta, GA 30022


Harris Group Inc.
300 Elliott Ave W.
Suite 500
Seattle, WA 98119-4215


Hatch, Little & Bunn, LLP
327 Hillsborough Street
Raleigh,, NC 27603


HD Supply
PO BOX 509058
SAN DIEGO, CA 92150-9058

Hertz Equipment Rental Corp
C/o Vann & Sheridan, LLP
P O Box 2445
Raleigh, NC 27602


Hertz Equipment Rental Corporation
608 MIDDLE ROAD
FAYETTEVILLE, NC 28312


Hidek Supply
PO BOX 77344
GREENSBORO, NC 27417


Hoffman & Hoffman Inc
PO BOX 77258
GREENSBORO, NC 27417


Hoke County
Attn:  County Manager
227 N. Main St
Raeford, NC 28376


Hoke County Tax Collector
P O Box 266
Raeford, NC 28376-0266


Hurst Annaho
133 Grove Street
Fayetteville, NC 28305-3296


IFM Efector
782 Springdale Drive
Exton, PA 19341


Industrial Controls Distributors, LLC
1776 BLOOMSBURY AVE.
WANAMASSA, NJ 07712


Insulating Services, Inc.
10709-H Granite Street
Charlotte, NC 28289-0267


Inter Systems
9575 NO 109TH AVE
OMAHA, NJ 68142

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19114


Interstate Equipment Company
PO BOX 829
HUNTERSVILLE, NC 28070


Jack A. Farrior, Inc
PO Box 839
Farmville, NC 27828-0839


Jack Carlisle
109 Willesden Drive
Cary, NC 27513


Jack J. Carlisle
109 Willesden Drive
Cary, NC 27513


Joch's Pumps Inc
PO Box 766
9502 Hwy 71 North
Red Springs, NC 28377


John Zink Company, LLC
11920 EAST APACHE
TULSA, OK 74116


Johnson Controls
PO Box 905240
Charlotte, NC 28290-5240


Karaman Communications
4424 Bragg Blvd
Suite 101
Fayetteville, NC 28303


Katzen International, Inc
2300 Wall Street
Suite K
Cincinnati, OH 45212

Lafayette Business Machines, INC
217 Hope MIlls Road
Fayetteville, NC 28304


Lallemand Ethanol Technology
6120 W. Douglas Avenue
Milwaukee, WI 53278


Lawson Products
PO Box 809401
Chicago, IL 60680-9401


Lee-Moore Capital Company
102 Steel Street, Suite 201
Sanford, NC 27330


Lippards Auto Parts
130 NORTH MAIN STREET
RAEFORD, NC 28376


Little Chief Commercial & Industrial Vac
PO BOX 717
Maxton, NC 28364


Lowe's
Po Box 53094
Atlanta, GA 30353-0954


Lumbee River EMC
605 E. Fourth Avenue
Red Springs, NC 28377


Machine & Welding Supply
PO BOX 1708
DUNN, NC 28335-1708


Matt Marshall & Company
PO Box 77357
Greensboro, NC 27417-7357


McCune Technology Inc.
4801 Research Dr.
Fayetteville, NC 28306

McGladrey & Pullen
1201 EDWARDS MILL ROAD
SUITE 300
RALEIGH, NC 27607-3625


Mechanical Supply Company
PO BOX 709
MATTHEWS, NC 28106


MEGTEC Systems, Inc.
830 PROSPER ROAD
DEPERE, WI 54115


Metrohm USA, Inc.
6555 PELICAN CREEK CIRCLE
RIVERVIEW, FL 33578


Metrohm USA, Inc.
6555 Pelican Creek Circle
Riverview, FL 33578


Midwest Laboratories Inc
13611 B STREET
OMAHA, NE 68144-3693


Mike West
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402


Mitchell Mills Systems Canada LTD
PO BOX 10
NEWTON ONTARIO CANADA NOK 1R0


Motion Industries
PO BOX 404130
ATLANTA, GA 30384


Nalco
PO BOX 2927
CHESTERTON, IN 46301-5427


National Welders Supply Company
PO Box 31007
Charlotte, NC 28231

NC Department of Revenue
501 N Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-5000


Neff Rental
1716 E. Palmetto St.
Florence, SC 29506


Neogen Corp
1603 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Nexsen Pruet, LLC
1780 SE Blvd.
CLINTON, NC 28329


Norfolk Southern Railroad
110 Franklin Rd SE
Roanoke, VA 24042


Novozymes
77 Perry Chapel Church Road
Franklinton, NC 27525


Office Furniture Warehouse
2816 ENTERPRISE AVE
FAYETTEVILLE, NC 28306


Optimum Finance, LLC
c/o First Insurance Funding Corp
450 Stokie Blvd, Suite 1000
Northbrook, IL 60062


Palmetto Grading Inc.
233 NORTHEAST DRIVE
SPARTANBURG, SC 29303


Pembroke Hardware & Building Supply Co.
PO Box 1027
Pembroke, NC 28372


Perdue BioEnergy LLC
31149 Old Ocean City Road
Salisbury, MD 21804

Perdue Bioenergy, LLC
c/o Perdue AgriBusiness Incorporated
31149 Old Ocean City Road
Salisbury, MD 21804


Philip Kohl
23115 Umstead
Chapel Hill, NC 27517


Phillips Kiln Services, LTD
PO BOX 1108
SIOUX CITY, IA 51102-1108


Piedmont Natural Gas
PO Box 533500
Atlanta, GA 30353-3500


Piedmont Natural Gas
P O Box 33068
Charlotte, NC 28233


Pinnacle Services & Supplies Inc
1321 GENERAL LEE AVE
FAYETTEVILLE, NC 28305


Power Drives, Inc.
8031 Pence Rd.
Charlotte, NC 28215


Prince Engineering, Inc.
812 Giverny Court
Greenville, SC 29607


R.W. Moore Equipment Company, INC
PO Box 64879
Fayetteville, NC 28306


Raleigh-Durham Rubber & Gasket Co., Inc.
PO BOX 90397
RALEIGH, NC 27675


Red-D-Arc
5324 N. Durham St.
Charlotte, NC 28269

Red-D-Arc, Inc.
5324 N Durham Street
Charlotte, NC 28269


REM Services Inc
PO Box 34645
Charlotte, NC 28233


Rental Uniform Service
PO Box 12410
Florence, SC 29504-2410


Rev-Tech, LLC
5267 NE 15th St.
Des Moines, IA 50313


Romer Labs
1301 STYLEMASTER DRIVE
UNION, MO 63084-1156


Romer Labs
1301 Stylemaster Dr.
Union, MO 63084-1156


RSC Equipment
P O Box 36217
Charlotte, NC 28236-6217


S&ME Geotechnical Inc.
PO BOX 277523
ATLANTA, GA 30384-7523


Shimadzu Financial Services
c/o Vendor Financial Services
1719 Route 10 East, Ste 306
Parsippany, NJ 07054


Smith, Anderson, LLP
2500 Wachovia Capital Center
Raleigh, NC 27601


Southeast Hydroblasting Inc
80 Access Road
Gaston, SC 29053

Southeastern Electric Contrctors, Inc.
1400 Gerrard Rd.
Lavonia, GA 30553


Staples
DEPT.00-05388848
PO BOX 6721
THE LAKES, NV 88901-6721


Stonewall Farm, Inc.
9120 Morgan St.
Laurel Hill, NC 28351-9304


Systel
PO BOX 35870
FAYETTEVILLE, NC 28303-0870


Systel
PO Box 35870
Fayetteville, NC 28303-0870


T & S Jewwell, Inc  dba Overhead Door Co
5914 Orville Wright Way
Wilmington, NC 28405-8635


Taylor's Equipment Repair & Welding
509 WHITEHEAD ROAD
FAYETTEVILLE, NC 28312


Tencarva Machinery Company
1120 W. BUTLER ROAD
SUITE F
GREENVILLE, SC 29607


Thayer Scale
PO BOX 669
91 SCHOOSETT STREET
PEMBROKE, MA 02359-0669


Toledo Carolina
PO Box 1425
Lumberton, NC 28359

U.S. Health Works
P O Box 404493
Atlanta, GA 30384


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


United Rentals
432 RANKIN STREET
FAYETTEVILLE, NC 28301


United Rentals
432 Rankin Street
Fayetteville, NC 28301


Univar
2001 CONTINENTAL BLVD
CHARLOTTE, NC 28273


UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


Uretek ICR, Mid Atlantic, INC
PO Box 1070
Kernersville, NC 27285


Vendor Financial Services
1719 ROUTE 10 EAST
SUITE 306
PARSIPPANY, NJ 07054


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vulcan Electric Company
PORTER, ME 04068


Waccamaw Transport, Inc.
P O Box 368
Selma, NC 27576

Waste Management of the Carolinas
PO BOX 105453
ATLANTA, GA 30348-5453


Webster Engineering
619 INDUSTRIAL ROAD
WINFIELD, KS 67156


Weeks-William Devore, Inc.
PO Box 987
Matthews, NC 28106


WL Port-Land Systmes
305 MT. LEBANON BLVD
SUITE 400
PITTSBURGH, PA 15234


Yokogawa Corporation of America
2 DART ROAD
NEWNAN, GA 30265


3-H Leasing Inc.
500 Chisholm Road
Raeford, NC 28376


3-H Leasing Inc.
500 Chisholm Road
Raeford, NC 28376


3-L Investments, Inc.
2274 St. Pauls Hwy
Raeford, NC 28376


3-L Investments, Inc.
2274 St. Pauls Hwy
Raeford, NC 28376


A. Bartlett White
1817 Ridge Road
Raleigh, NC 27607


A. Bartlett White
1817 Ridge Road
Raleigh, NC 27607

Adam J. & David A. Nusselder
Elbchaussee 60
22765 Hamburg, Germany


Alan P. Grainger
2510 Will Lucas Road
Linden, NC 28356


Alexandra E. Hershey
219 Stagecoach Road
Chapel Hill, NC 27514


Algernon Crumpler
1000 Peachtree Industrial Blvd, Ste 6378
Suwanee, GA 30024


Allstate Amusements, Inc.
2311 Binford Street
Greensboro, NC 27407


Amrish Patel
508 Alliance Circle
Cary, NC 27519


Andrew P. Bullard GST Inv Trust
3 Trinity Drive
Lumberton, NC 28358


Anna Ho Revocable Trust
3300 Avon Road
Durham, NC 27707


Anna Ho Revocable Trust
3300 Avon Road
DURHAM, NC 27707


Anna Ho Revocable Trust
3300 Avon Road
DURHAM, NC 27707


Barbara T. Hershey
219 Stagecoach Road
Chapel Hill, NC 27514

Barbara T. Hershey
219 Stagecoach Road
Chapel Hill, NC 27514


Barbara T. Hershey
219 Stagecoach Road
Chapel Hill, NC 27514


Bela Szigethy
C/O The Riverside Co, 630 Fifth Ave Ste 2400
New York, NY 10111


Bela Szigethy
C/O The Riverside Co, 630 Fifth Ave Ste 2400
New York, NY 10111


BFSAM LLC
738 Lexington Drive
Greenville, NC 27834


Brices Creek Investment Group, LLC
908 Cedarhurst Drive
Raleigh, NC 27609


Bull & Bear Society Partnership
305 Carpathian Way
Raleigh, NC 27615


Bullard Children s GST FBO Lindsey Bulla
P.O. Box 1886
Lumberton, NC 28359


Bullard Childrens GST FBO Andrew P. Bull
P.O. Box 1886
Lumberton, NC 28359


Carson S. Garoni
10936 Connally Lane
Raleigh, NC 27614


CBC New Media Group
2619 Western Blvd.
Raleigh, NC 27605

CBC New Media Group
2619 Western Blvd.
Raleigh, NC 27605


CBC New Media Group
2619 Western Blvd.
Raleigh, NC 27605


Charles F. Currin & Arlene G. Currin
3689 US 401 South
Lillington, NC 27546


Charles M. Elam, III
126 N. Cardinal Drive Suite 101
Wilmington, NC 28405


Charles Schwab & Co. FBO Amos G. Bullard
3505 Ranlo Drive
Raleigh, NC 27612


Charles V. Pirrello
222 Glenwood Avenue Unit 512
Raleigh, NC 27603


Charles W. Hardin, Jr.
29708 Lake Road
Bay Village, OH 44140


Clifford Earl Bullard, Jr.
9131 Anson Way Suite 305
Raleigh, NC 27615


Clifford Earl Bullard, Jr.
9131 Anson Way Suite 305
Raleigh, NC 27615


Clifford Earl Bullard, Jr.
9131 Anson Way Suite 305
Raleigh, NC 27615


Connell Family Partnership III
One International Place 31st Floor
Boston, MA 02110

Curtis A. & Margaret J. Livermore
12146 E. Gold Dust Avenue
Scottsdale, AZ 85259


David C. Swanson
80 Topaz Jewel Court
Durham, NC 27713


David C. Swanson
80 Topaz Jewel Court
Durham, NC 27713


David C. Swanson
80 Topaz Jewel Court
Durham, NC 27713


Dhananjay Patel & Purvesh D. Patel
101 Tynemouth Drive
Cary, NC 27513


Dhananjay Patel & Purvesh D. Patel
101 Tynemouth Drive
Cary, NC 27513


Dhananjay Patel & Purvesh D. Patel
101 Tynemouth Drive
Cary, NC 27513


Diane L. & William J. Garoni
P.O. Box 1142
Washington Grove, MD 20880


Dunnley L. Mattke Trust
3117 Timberline Circle
Fargo, ND 58104


E-85 Transport LLC
905 Blenheim Drive
Raleigh, NC 27612


E-85 Transport LLC
905 Blenheim Drive
Raleigh, NC 27612

E-85 Transport LLC
905 Blenheim Drive
Raleigh, NC 27612


E. Richard Jones, Jr.
P.O. Box 267
Raleigh, NC 27602


Elizabeth C. & James M. Naughton
510 Lake Shore Drive
Sunset Beach, NC 28468


Ellen H. Jones
P.O. Box 267
Raleigh, NC 27602


Elsie Beal Trust
905 Blenheim Drive
Raleigh, NC 27612


Eric M. Buchanan
1958 Rock Creek Dairy Rd.
Whitsett, NC 27377


Eric M. Buchanan
1958 Rock Creek Dairy Rd.
Whitsett, NC 27377


Eric M. Buchanan
1958 Rock Creek Dairy Rd.
Whitsett, NC 27377


Ethanol Investments, LLC
1023 Poplar Creek Tr
Raleigh, NC 27610


Ethanol Investments, LLC
1023 Poplar Creek Tr
Raleigh, NC 27610


Everette M. Greene & Virginia B. Greene
204 Colonial Way
Mebane, NC 27302

Everette M. Greene & Virginia B. Greene
204 Colonial Way
Mebane, NC 27302


F.P. Cotton, LLC
416 Community Drive
Fuquay-Varina, NC 27526


First Clearing custodian for Eric M. Buc
c/o Wells Fargo Advisors One Jefferson, St. Louis,
St. Louis, MO 63101


Forrest R. Anderson
2001 Bay Gull Court
Wilmington, NC 28405


G. Gregory Smith
5201 Hedrick Drive
Greensboro, NC 27410


G. Gregory Smith
5201 Hedrick Drive
Greensboro, NC 27410


G. Gregory Smith
5201 Hedrick Drive
Greensboro, NC 27410


George M. Brannon
10405 Manly
Chapel Hill, NC 27517


George M. Brannon
10405 Manly
Chapel Hill, NC 27517


George M. Brannon
10405 Manly
Chapel Hill, NC 27517


Good Earth Fuels, Inc.
PO Box 20306
Raleigh, NC 27619

Gregory F. & Mary Stewart Carlisle
905 Blenheim Drive
Raleigh, NC 27612


Gregory K. Lewis & Kirsten C. Lewis
518 Chesapeake Place
Greenville, NC 27858


Gregory L. Ellis
PO Box 96075
Southlake, TX 76092-0111


H,L&B P3P FBO William D. Young, IV
327 Hillsborough Street
Raleigh, NC 27603


H,L&B PSP FBO A. Bartlett White
1817 Ridge Road
Raleigh, NC 27607


H,L&B PSP FBO A. Bartlett White
1817 Ridge Road
Raleigh, NC 27607


H,L&B PSP FBO Tina Frazier Pace
P O Box 527
Raleigh, NC 27602


H,L&B PSP FBO Tina Frazier Pace
P O Box 527
Raleigh, NC 27602


H,L&B PSP FBO William D. Young, IV
327 Hillsborough Street
Raleigh, NC 27603


H,L&B PSP/Harold W. Berry
327 Hillsborough Street
Raleigh, NC 27603


H,L&B PSP/Joanne Snider
327 Hillsborough Street
Raleigh, NC 27603

H,L&B PSP/Thomas D. Bunn
609 Lake Boone Trail
Raleigh, NC 27607


HLZ, LLC
448 Blue Violet Way
Durham, NC 27713


HLZ, LLC
448 Blue Violet Way
Durham, NC 27713


HLZ, LLC
448 Blue Violet Way
Durham, NC 27713


Howard and Mary Hohl
26W231 Tuckaway Ct.
Winfield, IL 60190


Howard G. Hershey III
219 Stagecoach Road
Chapel Hill, NC 27514


Hunter's Pointe Apts
109 Willesden Drive
Cary, NC 27513


Investors Trust Co. FBO Carolyn K. Ramse
21 Oak Drive
Durham, NC 27707


Investors Trust Company: FBO Lisa C. Bea
3116 Cleere Court
Greenville, NC 27858


Jack J. Carlisle
109 Willesden Drive
Cary, NC 27513


Jack J. Carlisle
109 Willesden Drive
Cary, NC 27513

Jack J. Carlisle
109 Willesden Drive
Cary, NC 27513


James Goodmon
2619 Western Blvd
Raleigh, NC 27605


James T. Williamson
6613 Glendower Road
Raleigh, NC 27613


Janice T. Brunner Trust
905 Blenheim Drive
Raleigh, NC 27612


Jean T. Rea
1841 B Prospect Drive
Charlotte, NC 28213


Jeanette H. Carlisle
109 Willesden Drive
Cary, NC 27513


Jeffrey A. & Janice A. Monsein
4417 Turnberry Circle
Durham, NC 27712


Jeffrey A. Autry
4025 NC 210 South
Bunnlevel, NC 28323


Jerome F. & Lynn M. Anderson
2001 Bay Gull Court
Wilmington, NC 28405


Jerome F. & Lynn M. Anderson
2001 Bay Gull Court
Wilmington, NC 28405


Jerome F. & Lynn M. Anderson
2001 Bay Gull Court
Wilmington, NC 28405

Jerry L. McPherson, Sr. & Joyce W. McPhe
513 Hunt Forest Ct.
Pleasant Garden, NC 27313


Jessica L. Bullard
1009 Manor Glen Way
Raleigh, NC 27615


Jimmy A. Autry
5845 NC 210 South
Bunnlevel, NC 28323


John N. Bakatsias
142 N. Graham-Hopedale Rd
Burlington, NC 27215


John N. Miller & Nina J. Miller
305 Carpathian Way
Raleigh, NC 27615


John T. Murphy III
200 Providence Road-Ste 103
Charlotte, NC 28207


Katherine Anderson White
1817 Ridge Road
Raleigh, NC 27607


Katherine Anderson White
1817 Ridge Road
Raleigh, NC 27607


Katherine Jones
386 Jacksontown
Ayden, NC 28513


Kenneth B. & Frances L. Lee
5639 Denwood Lane
Durham, NC 27705


Kenneth B. & Frances L. Lee
5639 Denwood Lane
Durham, NC 27705

Kevin H. Bullard
1009 Manor Glen Way
Raleigh, NC 27615

Kyle M. Bullard
1009 Manor Glen Way
Raleigh, NC 27615

Lee-Moore Capital Company
102 S. Steel St. Suite 201
Sanford, NC 27330

Lee-Moore Capital Company
102 S. Steel St. Suite 201
Sanford, NC 27330

Lee-Moore Capital Company
102 S. Steel St. Suite 201
Sanford, NC 27330

Leigh W. Bullard
4148 English Garden Way
Raleigh, NC 27612

Linda B. Mansfield
2636 Dunloring Drive
Wake Forest, NC 27587

Linda G. Quarles
2520 Davistown Road
Wendell, NC 27591

Lisa C. Beaman
3116 Cleere Court
Greenville, NC 27858

Margaret S. Anderson
2001 Bay Gull Court
Wilmington, NC 28405

Margarita R. Abanto-Walston
8416 McKee Road
Rougemont, NC 27572

Marguerite R. Corgan
199 East Twelve Oaks Road
Raeford, NC 28376

Mary S. Kohl
23115 Umstead
Chapel Hill, NC 27517

Mary S. Kohl
23115 Umstead
Chapel Hill, NC 27517

Mary S. Kohl
23115 Umstead
Chapel Hill, NC 27517

Matthew T. Bullard
1009 Manor Glen Way
Raleigh, NC 27615

Melissa Smith White
1817 Ridge Road
Raleigh, NC 27607

Melissa Smith White
1817 Ridge Road
Raleigh, NC 27607

Michael A. & Jennifer S. Ford
109 Flat Rock Ct
Garner, NC 27529

Michael Gottlieb
180 Riverside Blvd., #26F
New York, NY 10069

Michael Gottlieb
180 Riverside Blvd., #26F
New York, NY 10069

Michelle Carlisle
1022 Fenwick Parkway
Durham, NC 27713

Michelle Carlisle
1022 Fenwick Parkway
Durham, NC 27713


Mickey D. Snow
698 Linden Drive
Eden, NC 27288


MLPF&S FBO Vinu R. Patel
150 Lansing Island Dr.
Indian Harbor Beach, FL 32937


Moses T. Farmer
4430 McDougald Road
Lillington, NC 27546


Nicholas Bakatsias
142 N.Graham-Hopedale Rd
Burlington, NC 27215


Panagiota Bakatsias
1058-102 Washington St.
Raleigh, NC 27605


Pelmon Jart Hudson, Jr.
4901 Old Warsaw Road
Turkey, NC 28393


Pender Murphy
3729 Pomfret Ln.
Charlotte, NC 28211


Philip H. Kohl
23115 Umstead
Chapel Hill, NC 27517


Philip H. Kohl
23115 Umstead
Chapel Hill, NC 27517


Philip H. Kohl
23115 Umstead
Chapel Hill, NC 27517

Philip H. Kohl
23115 Umstead
Chapel Hill, NC 27517


Phillip & Chris Ortego
325 Highlands Drive
Hampstead, NC 28443


Randall C. Scarborough SEP-IRA E-Trade C
2109 Cowper Dr
Raleigh, NC 27608


Ray S. & Kay P. Taylor
5416 Orchard Oriole Tr.
Wake Forest, NC 27587-6770


Richard L. Vice & Dinah B. Vice
1801 E. Franklin Street
Chapel Hill, NC 27514


Richard L. Vice & Dinah B. Vice
1801 E. Franklin Street
Chapel Hill, NC 27514


Rita Wainright Bullard
1822 Natalie Brook Way
Raleigh, NC 27607


Rita Wainright Bullard
1822 Natalie Brook Way
Raleigh, NC 27607


Robert Brittin Garoni
101 Barrett Place
Durham, NC 27713


Robert F. Berrey Revocable Trust U/A DTD
53527 Bickett
Chapel Hill, NC 27517-8570


Robert J. Caudle
8025 Wavendon Court
Raleigh, NC 27615

Robert J. Fitzsimmons
575 Old Bradford Road
Mount Kisco, NY 10549


Robert J. Fitzsimmons
575 Old Bradford Road
Mount Kisco, NY 10549


Ronald Gregory Brown
1042 Stockinghead Road
Rose Hill, NC 28458


Ronald Gregory Brown
1042 Stockinghead Road
Rose Hill, NC 28458


Ronald Gregory Brown
1042 Stockinghead Road
Rose Hill, NC 28458


Roy E. Gaines
1807 Chester Road
Raleigh, NC 27608


Russell S. Flowers Trust
1031 S. Butternut Circle
Frankfort, IL 60423


Russell S. Flowers Trust
1031 S. Butternut Circle
Frankfort, IL 60423


Russell T. Parrish
6520 Roswell Road Unit 105
Sandy Springs, GA 30328


Scarlett Autry
5845 NC 210 South
Bunnlevel, NC 28323


Shapiro 2009 Family Trust
99 Richmond Hill Rd
Greenwich, CT 06831

Shelton Gene & Linda W. Lloyd
3910 Manns Chapel Road
Chapel Hill, NC 27516


Silverado Fuels, LLC
1958 Rock Creek Dairy Rd.
Whitsett, NC 27377


Snow Enterprises LLC
698 Linden Drive
Eden, NC 27288


Stacy J. Goode
324 Westover Avenue
Norfolk, VA 23507


Stewart A. Kohl, TTEE
17050 South Park Blvd.
Shaker Hts., OH 44120


Stewart A. Kohl, TTEE
17050 South Park Blvd.
Shaker Hts., OH 44120


Stewart A. Kohl, TTEE
17050 South Park Blvd.
Shaker Hts., OH 44120


Sugoi Limited
1963 E. 82nd Street
Cleveland, OH 44103


Susan Bhyunn
175 E 96th St Apt 16H
New York, NY 10128-6208


Susan D. Veazey
106 Angus Court
rd, NC 27511


The Citadel Trust
3300 Avon Road
Durham, NC 27707

The Citadel Trust
3300 Avon Road
Durham, NC 27707


The Citadel Trust
3300 Avon Road
Durham, NC 27707


Thomas J. & Lynn A. Reddeck
3818 Blairwood Street
High Point, NC 27265


Victor L. Swinson
708 Tear Shirt Road
Mt. Olive, NC 28365


W.L. Wells Edmundson
3416 Malibu Drive
Raleigh, NC 27607


Waccamaw Transport, Inc.
P.O. Box 469
Clinton, NC 28328


William C. Faison & Jackie C. Faison
4615 Little Creek Church Rd.
Clayton, NC 27520


William T. Henderson
13741 Allied Rd
Chesterfield, VA 23836


William W. & Rhenda P. Cameron
377 Double C Drive
Raeford, NC 28376


Wire Road, LLC
P.O. Box 1475
Lillington, NC 27546


Zita Michailovaite Lewis
600 Riverwood Road
Charlotte, NC 28270

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Clean Burn Fuels, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Clean Burn Fuels, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 3, 2011

Date

/s/ John A. Northen, NCSB

John A. Northen, NCSB 6789

Signature of Attorney or Litigant

Counsel for    Clean Burn Fuels, LLC

Northen Blue, L.L.P.
1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441