IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> CLEAN BURN FUELS, LLC, ) <br> ) <br> Debtor. ) | Case No. 11-80562 <br> Chapter 11 |

### ORDER GRANTING CAPE FEAR FARM CREDIT'S SECOND MOTION FOR CONTINUANCE OF HEARING ON RELIEF FROM STAY

THIS MATTER is before the Court without a hearing and by the consent of the parties upon the Motion by Cape Fear Farm Credit, ACA, for itself and as agent/nominee for other lending institutions (collectively, "Lender"), by and through its counsel, requesting that the Court continue the hearing on the Motion for Relief from the Automatic Stay (Doc. # 153) (the "Motion"). The Court has considered the pleadings before it, and finds good cause to grant the Motion.

NOW, THEREFORE, IT HEREBY IS ORDERED, ADJUDGED, AND DECREED that the hearing on the Motion is continued until September 6, 2011 at 10:00 a.m. in the United States Bankruptcy Courtroom, 302 East Pettigrew St., Durham, N.C.

**PARTIES TO BE SERVED:**

John A. Northen
P.O. Box 2208
Chapel Hill, NC 27514-2208

Gregory Byrd Crampton
3700 Glenwood Avenue, Ste 500
Raleigh, NC 27612

Kevin Lamar Sink
P.O. Box 18237
Raleigh, NC 27619

James Pringle Laurie, III
Law Office of James P. Laurie III, PLLC
8311 Six Forks Road, Ste 111
Raleigh, NC 27615

Margaret R. Westbrook
4350 Lassiter at North Hills Ave, Ste 300
P.O. Box 17407
Raleigh, NC 2619-7047

Benjamin A. Kahn
Nexsen Pruet, PLLC
P.O. Box 3463
Greensboro, NC 27402

Robert E. Price
Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402

Vicki L. Parrott
P.O. Box 2208
Chapel Hill, NC 27514-2208

Paul A. Fanning
P.O. Box 8088
Greenville, NC 27835-8088

David M. Warren
Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC 27602-1801

Brent Cohen
One Tabor Center, Suite 3000
1200 Seventeenth St.
Denver, CO 80202